The People of the State of New York, Respondent, v. Samuel Giovannucci, Appellant.— Appeal dismissed under section 535 of the Code of Criminal Procedure.■ Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

Welcome A. Hanor, Appellant, v. Cora Harrington Lewis, Individually and as Executrix of Thomas Shepherd, Deceased, Respondent.— Motion granted and appeal dismissed. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

George H. Hutchings, Respondent, v. Alice C. Maltby, Appellant.— Motion granted unless appellant shall be ready for argument at the opening of the November term and shall pay to respondent's attorney ten dollars. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

John R. Queen, Appellant, v. John W. Louis and Another, Respondents.— Motion to dismiss appeal denied, it appearing that a motion for a new trial is pending. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

James R. Pierce, Respondent, v. Edward K. Fenno, Appellant. Fred M. Webster, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals from order entered June 29, 1928, denied. Motion to dismiss appeal taken from final judgment entered January 19, 1928, denied. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.

The People of the State of New York, Respondent, v. Lyle Husted, Appellant.— Motion to dismiss appeal granted, unless appellant shall bring the appeal on for argument by October first. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

Edward Lawler, Respondent, v. Rochester Taxicab Company, Incorporated, Appellant.— Appeal dismissed unless appellant shall file and serve the printed briefs on appeal by October first. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Jessie Lee Powell and Another, Appellants, v. Credit Acceptance Corporation, Respondent.— Appeal dismissed unless appellants shall file and serve printed records and printed briefs by October fifteenth, and shall be ready to argue the appeal at the opening of the November term. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Louis Meadvin, Appellant, v. Frank Vanacora, Respondent.— Appeal dismissed unless argued by October fifth. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Albert Kleasen, Respondent, v. Anna Kleasen, Appellant.— Appeal dismissed unless argued by October fourth. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

Cora E. Kennedy, Respondent, v. Adam E. Pangrass and Another, Appellants.— Appeal dismissed unless appellants shall file and serve printed briefs by September twenty-ninth. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.

John A. Fitzpatrick, Respondent, v. International Railway Company, Appellant.— Appeal dismissed unless appellant shall file and serve printed papers by October twentieth, printed briefs by November first, and shall bring the appeal on for argument at the November term. Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.